September 03, 2004

Mr. Frank Waite
Assistant City Attorney
Post Office Box 90231
Arlington, TX 76004-3231
Mr. Michael W. Minton
Law Offices of Michael W. Minton, PLLC
8500 N. Stemmons Frwy., Suite 4050
Dallas, TX 75247

RE: Case Number: 03-0466
 Court of Appeals Number: 02-02-00089-CV
 Trial Court Number: 67-180093-99

Style: CITY OF ARLINGTON
 v.
 STATE FARM LLOYDS

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 59.1, after granting the
petition for review and without hearing oral argument, the Court delivered
the enclosed opinion and judgment in the above-referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Stephanie |
| |Lavake |
| |Mr. Thomas A. |
| |Wilder |